No. 822, Misc. DOYON v. ROBBINS, WARDEN. C. A. 1st Cir. Certiorari denied. Petitioner *pro se*. *Frank E. Hancock*, Attorney General of Maine, and *John W. Benoit*, Assistant Attorney General, for respondent.

No. 824, Misc. DOBBINS v. ALABAMA. Supreme Court of Alabama. Certiorari denied. Petitioner *pro se*. *Richmond M. Flowers*, Attorney General of Alabama, and *David W. Clark*, Assistant Attorney General, for respondent.

No. 826, Misc. LUGO v. HEINZE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 828, Misc. MAGEE v. PEYTON. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 829, Misc. REED v. WASHINGTON ET AL. Supreme Court of Washington. Certiorari denied.

No. 831, Misc. ARAGON v. EYMAN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 832, Misc. NICHELSON v. CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 834, Misc. SUTOR v. UNITED STATES. C. A. 3d Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 838, Misc. JONES v. NEW YORK. Appellate Division, Supreme Court of New York, Second Judicial Department. Certiorari denied.